184 F.2d 672
 PARK NATIONAL BANK OF KANSAS CITY, a Corporation, Appellant,
v.
TRAVELERS INDEMNITY COMPANY, a Corporation.
 No. 14183.
 United States Court of Appeals Eighth Circuit.
 Oct. 10, 1950.
 
 Watson, Ess, Whittaker, Marshall & Enggas, Kansas City, Mo., for appellant.
 Hogsett, Trippe, Depping, Houts & James, Kansas City, Mo., for appellee.
 PER CURIAM.
 
 
 1
 Appeal from District Court dismissed, on dismissal filed by appellant. 90 F.Supp. 275.